**Order filed November 13, 2013.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00955-CV

_____

### DIANA G. OFFORD, Appellant

### V.

### WEST HOUSTON TREES, LTD, Appellee

On Appeal from the 434th Judicial District Court
Fort Bend County, Texas
Trial Court Cause No. 10-DCV-185448

## ORDER

According to information provided to this court, this is an appeal from an order signed September 23, 2013. A related case was previously filed in the Court of Appeals for the First District of Texas under case number 01-11-00237-CV, which arose from the same underlying trial court case.

It is ORDERED that the appeal docketed under this courts appellate cause number 14-13-00955-CV is transferred to the Court of Appeals for the First

District of Texas pursuant to Local Rule 1.5. 14th Tex. App. (Houston) Loc. R. 1.5. The Clerk of this Court is directed to transfer all papers filed in the case, and certify all Orders made, to the Court of Appeals for the First District of Texas.

PER CURIAM